JS - 6

FILED

NOV 2 3 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| TOM J. GARNER, JR., | Case No. EDCV 11-1552-VAP (MLG) |
|       Plaintiff, | JUDGMENT |
|       v. | |
| STATE OF CALIFORNIA, et al., | |
|       Defendant. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: November 22 2011

_____
Virginia A. Phillips
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY