JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| TOM J. GARNER, JR., ) | Case No. EDCV 11-1552-VAP (MLG) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| STATE OF CALIFORNIA, et al., ) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: November 22, 2011

Virginia A. Phillips
United States District Judge

